Certificate Number: 17082-MSN-DE-040060393

Bankruptcy Case Number: 25-12682



17082-MSN-DE-040060393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2025, at 12:56 o'clock PM MST, CHRISTA M COOPER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   September 6, 2025                By:   /s/Orsolya K Lazar

                                         Name: Orsolya K Lazar

                                         Title: Executive Director