# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 NO:

CHRISTA M. COOPER                                             25-12682-SDM

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Todd S. Johns, and files this his Objection to Confirmation of the Debtor's Chapter 13 plan, and in support of same, would show unto the Court the following:

1. The Debtor filed a Chapter 13 petition on August 19, 2025; a 341a meeting of creditors was held on September 10, 2025.
2. The Debtor's plan does not comply with the provisions of this Chapter and other applicable provisions of Title 11 pursuant to 11 U.S.C. 1321(a)(1).
3. The Debtor uses the Federal exemption on Schedule C for non-exempt real property.
4. Although a 100% unsecured plan has been filed, Schedule C should still be amended to remove the Federal exemption for the purpose of clarification.
5. Other grounds to be shown at the hearing hereon.
6. The Trustee would object to any modified plan which may be filed hereafter.
7. Confirmation should be denied and this case dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be filed, and at the hearing hereon, confirmation be denied, this case dismissed, and for such other, further, and general relief to which the Trustee and this bankrupt estate may be entitled.

DATED:    September 12, 2025.    _____
/S/ TODD S. JOHNS, MSB#9587
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043-1326
601-825-7663; tjohns13ecf@ch13mstrustee.com

## CERTIFICATE OF SERVICE

I, Todd S. Johns, Chapter 13 Trustee, do hereby certify that I have this day filed the foregoing with the clerk of this court using the CM/ECF system, and I further certify that I served a true and correct copy of same, either electronically or via United States Mail, postage prepaid, to the UNITED STATES TRUSTEE, and to the following:

CHRISTA COOPER                                         Thomas C. Rollins, Jr.
2958 HWY 50 E                                          trollins@therollinsfirm.com
MABEN, MS 39750

Dated:    September 12, 2025.    _____
/s/ TODD S. JOHNS