**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Christa Michelle Cooper, Debtor                    CASE NO. 25-12682-SDM
                                                                                         CHAPTER 13

TO:   TRUSTEE:   Todd S. Johns
        U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

   **ALL CREDITORS**
   A copy of the Court's mailing matrix is attached

**NOTICE OF AMENDMENT TO**
**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: September 16, 2025                              /s/ Thomas C. Rollins, Jr.
                                                                      *Thomas C. Rollins, Jr., Attorney for Debtor*


CERTIFICATE OF SERVICE

On September 16, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                                                     /s/ Thomas C. Rollins, Jr.
                                                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Christa Michelle Cooper** |
| Debtor 2 (Spouse if, filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | 25-12682 |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2958 Hwy 50 E Maben, MS 39750 Webster County**<br>Line from *Schedule A/B*: **1.1** | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-21** |
| **2009 Mazda Mazda6 366,755 miles**<br>Line from *Schedule A/B*: **3.1** | $3,667.50 | ■ $3,667.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **2007 Hyundai Sonata 311,944 miles**<br>Line from *Schedule A/B*: **3.2** | $2,574.00 | ■ $2,574.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **2001 Nissan Sentra 209,585 miles**<br>Line from *Schedule A/B*: **3.3** | $1,700.00 | ■ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **2007 Chevy Silverado 316,987 miles**<br>Line from *Schedule A/B*: **3.4** | $5,974.20 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

| Debtor 1 | **Christa Michelle Cooper** | | Case number (if known) | **25-12682** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | $1,460.00 | ■ | $1,460.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **TV**<br>Line from *Schedule A/B*: **7.1** | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ | $398.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $2.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **401(k)**<br>Line from *Schedule A/B*: **21.1** | $70,498.51 | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(e)** |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $5,000.00 | ■ | $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $5,000.00 | ■ | $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | $5,000.00 | ■ | $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-12682-SDM |
|---|---|
| CHRISTA MICHELLE COOPER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/16/2025, I did cause a copy of the following documents, described below,

Notice of Amendment to Schedule C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>CHRISTA MICHELLE COOPER | CASE NO: 25-12682-SDM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 9/16/2025, a copy of the following documents, described below,

Notice of Amendment to Schedule C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/16/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF NOTICE were not served via First Class USPS Mail Service.

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING          (P)21ST MORTGAGE CORPORATION          (P)W S BADCOCK CORPORATION
05371                                      PO BOX 477                            POST OFFICE BOX 724
CASE 25-12682-SDM                          KNOXVILLE TN 37901-0477               MULBERRY FL 33860-0724
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE SEP 16 11-14-58 CDT 2025



CAPITAL ONE                                CAPITAL ONE NA                        (P)CITIZENS BANK N A
ATTN BANKRUPTCY                            BY AIS INFOSOURCE LP AS AGENT         ATTN BANKRUPTCY TEAM
PO BOX 30285                               PO BOX 71083                          ONE CITIZENS BANK WAY
SALT LAKE CITY UT 84130-0285               CHARLOTTE NC 28272-1083               JCA115
                                                                                 JOHNSTON RI 02919-1922




                                                                                 DEBTOR
CLUB 4                                     COMENITY CAPITALACADMY                CHRISTA MICHELLE COOPER
406 MS 12W                                 ATTN BANKRUPTCY                       2958 HWY 50 E
STARKVILLE MS 39759                        PO BOX 182125                         MABEN MS 39750
                                           COLUMBUS OH 43218-2125



                                           EXCLUDE
CREDIT ONE BANK                            TODD S JOHNS                          MYCARE ACCOUNT
ATTN BANKRUPTCY DEPARTMENT                 TODD S JOHNS CHAPTER 13 TRUSTEE       PO BOX 6230
6801 CIMARRON RD                           PO BOX 1326                           LOUGHMAN FL 33858
LAS VEGAS NV 89113-2273                    BRANDON MS 39043-1326



                                                                                 EXCLUDE
NORTH MS HEALTH SERVIC                     ONEPAY CCB                            THOMAS C ROLLINS JR
PO BOX 2240                                PO BOX 513717                         THE ROLLINS LAW FIRM PLLC
TUPELO MS 38803-2240                       LOS ANGELES CA 90051-3717             PO BOX 13767
                                                                                 JACKSON MS 39236-3767



                                           EXCLUDE
SYNCHRONY BANKLOWES                        U S TRUSTEE
ATTN BANKRUPTCY                            501 EAST COURT STREET SUITE 6430
PO BOX 965060                              JACKSON MS 39201-5022
ORLANDO FL 32896-5060
```