_____

**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                      **CHAPTER 13 NO:**

CHRISTA COOPER                                              25-12682-SDM

### ORDER

THIS CAUSE came on for consideration on the Trustee's Objection to Confirmation, and the Court does hereby find and Order as follows:

THAT, the Debtor having amended Schedule C, as requested.

THAT, the Trustee's Objection (DKT. 11) is withdrawn.

###END OF ORDER###

SUBMITTED BY:
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com